RECEIVED
IN LAKE CHARLES, LA

FEB - 8 2006

ROBERT H. SHEMWELL, CLERK
WESTERN DISTRICT OF LOUISIANA

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAKE CHARLES DIVISION

| MICHAEL GOINS | : | DOCKET NO. 05-1957 |
|---|---|---|
| VS. | : | JUDGE TRIMBLE |
| SOUTH ATLANTIC & GULF COAST DISTRICT, I.L.A. AFL-CIO, ET AL. | : | MAGISTRATE JUDGE WILSON |

## JUDGMENT

There being no objection to the proposed findings of fact and conclusions of law in the Report and Recommendation of the Magistrate Judge previously filed herein, these findings and conclusions are accepted. Alternatively, this court concludes that the proposed findings and conclusions are entirely correct. Accordingly, it is

ORDERED that plaintiff's motions to remand [doc. #s 5 & 10] be, and they are hereby DENIED.

THUS DONE AND SIGNED in Chambers at Lake Charles, Louisiana, this 8th day of February, 2006.

JAMES T. TRIMBLE, JR.
UNITED STATES DISTRICT JUDGE